UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

JOHN HENRY MCMURRY,

        Plaintiff,

Case No. 2:20-cv-0058

v.

Honorable Paul L. Maloney

MIKE BROWN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   June 12, 2020                  /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge